**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:19-cr-00133-APG-VCF |
| v. | **ORDER** |
| MIRIAM SUAREZ-CONTRERAS, | |
| Defendant(s). | |

Before the Court is the motion to unseal tape and/or transcript for use in pending appeal (ECF NO. 405).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the motion to unseal tape and/or transcript for use in pending appeal (ECF NO. 405), is GRANTED.

1. The full tape and any resulting transcript of the March 1, 2021 hearing, referenced at Docket # 235 of the above case, shall be unsealed and disclosed only to the defendant and her appellate counsel. It shall be used only for the purpose of the preparation and prosecution of Ms. Suarez-Contreras' appeal. Otherwise, the tape and any resulting transcript shall remain seal.

2. Should appellant's counsel deem it relevant to any issue in the appeal, and pursuant to the client's agreement to waive the attorney-client privilege, with leave of the Ninth Circuit, he shall file it under seal with the Ninth Circuit and serve it on opposing counsel.

3. Dissemination of the transcript shall be limited to counsel for both parties in the appeal and solely for the purposes of prosecuting or defending the appeal. Further dissemination to anyone else for any other purpose is prohibited.

4. The Court's Courtroom Deputy, the relevant Court Reporter/Recorder, and/or the Clerk of the Court shall mail copies of the above under seal tape and/or transcript to Mark D. Eibert, Esq. at the address below:

> Mark D. Eibert, Esq.
> Attorney at Law
> P. O. Box 1126
> Half Moon Bay, CA 94019-1126

IT IS SO ORDERED.

DATED this 18th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE